[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 96-2376

STEVEN A. GRAHAM,

Plaintiff, Appellant,

v.

MAINE COMMISSIONER OF CORRECTIONS, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Morton A. Brody, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Stahl and Lynch, Circuit Judges. 



Steven A. Graham on brief pro se. 
Robert F. Hanson, Christopher C. Taintor and Norman, Hanson & 
DeTroy on brief for appellees Bert Beverly, M.D. and Rock Welch. 
Andrew Ketterer, Attorney General, Linda Conti and Francis 
Ackerman, Assistant Attorney Generals, on brief for appellees Lehman, 
Merrill, Lorenz and Farrington.



September 5, 1997


Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We affirm the amended judgment of the

district court, dated October 29, 1996, essentially for the

reasons stated in the magistrate-judge's recommended

decision, dated September 30, 1996.

Affirmed. Loc. R. 27.1. 

-2-